UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McDowell Law, PC
Daniel L. Reinganum, Esq.
46 W. Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
DanielR@McDowellLegal.com
Proposed General Counsel to Chapter 7 Trustee

Order Filed on November 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Raymond G. Morgan, 3rd
Melissa M. Morgan

Case No.: _____15-27649-ABA_____

Chapter: _____7_____

Judge: _____Altenburg_____

## ORDER AUTHORIZING RETENTION OF

_____Daniel L. Reinganum, Esq._____

The relief set forth on the following page is **ORDERED**.

**DATED: November 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____ Daniel Reinganum, Esq. _____

as _____ General Counsel _____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   McDowell Law, PC _____
   46 W. Main Street _____
   Maple Shade, NJ 08052 _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*