**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Daniel L. Reinganum, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com

Order Filed on January 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Raymond G. Morgan, 3rd
Melissa M. Morgan

Case No.: 15-27649-ABA

Chapter: 7

Hearing Date: January 8, 2019 at 10:00 am

Judge: Altenburg

## ORDER CONFIRMING SEGREGATION OF ESTATES AND SEVERING CASES FOR CLARITY OF ADMINISTRATION

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 8, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 15-27649-ABA    Doc 37-3    Filed 10/12/18    Entered 10/12/18 21:58:14    Desc Proposed Order    Page 2 of 3

Case No.: 15-27649-ABA
Debtor's Name: Raymond G. Morgan, 3rd and Melissa M. Morgan
Caption of Order: Order Confirming Segregation of Severing Cases for Clarity of Administration

---

THIS MATTER having been brought before the Court by John W. Hargrave (the "Trustee"), Chapter 7 Trustee for Raymond G. Morgan, 3rd and Melissa M. Morgan, by and through his counsel, McDowell Law, PC, for the entry of an Order confirming the segregation of the Debtors' estates pursuant to 11 U.S.C. §302(b) and for related relief; and the Court having considered the pleadings submitted and the arguments of counsel; and it appearing that good and sufficient notice having been provided to the Office of the United States Trustee, the Debtor's counsel, all creditors who filed proofs of claim, and other parties-in-interest, and for good cause shown it is hereby:

1. **ORDERED** that the estates of Raymond G. Morgan, 3rd and Melissa M. Morgan shall remain segregated for purposes of 11 U.S.C. §302(b); and it is further

2. **ORDERED** that the following claims shall be entitled to distributions from the Raymond G. Morgan, 3rd Estate, to the extent that there are assets available for distribution:

| Claim No. | Creditor | Amount |
|---|---|---|
| 1 | Discover Bank | $11,182.39 |
| 5 | Bridgeton Onized FCU | $18,827.38 |
| 6 | Bridgeton Onized FCU | $1,016.39 |
| 8 | Department Store National Bank | $1,016.39 |

3. **ORDERED** that the following claims shall be entitled to distributions from the Jill M. Basek Estate, to the extent that there are assets available for distribution:

| Claim No. | Creditor | Amount |
|---|---|---|
| 2 | ACAR Leasing LTD d/b/a GM Financial Leasing | $8,900.10 |
| 3 | Bridgeton Onized Federal Credit Union | $18,474.12 |
| 4 | Bridgeton Onized Federal Credit Union | $1,116.54 |
| 7 | Capital One, N.A. (Kohls) | $1,116.54 |

Case 15-27649-ABA   Doc 87-3   Filed 01/10/19   Entered 01/11/19 00:33:21   Desc Imaged
Certificate of Notice   Page 3 of 4

Case No.:            15-27649-ABA
Debtor's Name:       Raymond G. Morgan, 3rd and Melissa M. Morgan
Caption of Order:    Order Confirming Segregation of Severing Cases for Clarity of Administration

4. **FURTHER ORDERED** that the Court shall open a new case for Debtor Melissa M. Morgan.

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond G. Morgan, 3rd  
Melissa M. Morgan  
    Debtors

Case No. 15-27649-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 08, 2019  
                    Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.
```
db           +Raymond G. Morgan, 3rd,    PO Box 1434,    Millville, NJ 08332-8434
jdb           Melissa M. Morgan,    5666 Stone Avenue,    Millville, NJ  08332
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Daniel L Reinganum    on behalf of Trustee John W. Hargrave DanielR@McDowellLegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,   jwh@trustesolutions.net
              Kevin M. Buttery    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyefile@rasflaw.com
              Michael R. DuPont    on behalf of Creditor    Bridgeton Onized Federal Credit Union
               dupont@redbanklaw.com,   dana@redbanklaw.com
              Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing, LLC ,
               PATRICK.LACSINA@GMAIL.COM
              Scott M. Zauber    on behalf of Joint Debtor Melissa M. Morgan jwiesner@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
              Scott M. Zauber    on behalf of Debtor Raymond G. Morgan, 3rd jwiesner@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
                                                                                             TOTAL: 10
```