UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Daniel L. Reinganum, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com

**Order Filed on January 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Raymond G. Morgan, 3rd
Melissa M. Morgan

Case No.: 15-27649-ABA

Chapter: 7

Hearing Date: January 8, 2019 at 10:00 am

Judge: Altenburg

# AMENDED ORDER CONFIRMING SEGREGATION OF ESTATES AND SEVERING CASES FOR CLARITY OF ADMINISTRATION

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 22, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.:            15-27649-ABA
Debtor's Name:       Raymond G. Morgan, 3rd and Melissa M. Morgan
Caption of Order:    Order Confirming Segregation of Severing Cases for Clarity of Administration

---

THIS MATTER having been brought before the Court by John W. Hargrave (the "Trustee"), Chapter 7 Trustee for Raymond G. Morgan, 3rd and Melissa M. Morgan, by and through his counsel, McDowell Law, PC, for the entry of an Order confirming the segregation of the Debtors' estates pursuant to 11 U.S.C. §302(b) and for related relief; and the Court having considered the pleadings submitted and the arguments of counsel; and it appearing that good and sufficient notice having been provided to the Office of the United States Trustee, the Debtor's counsel, all creditors who filed proofs of claim, and other parties-in-interest, and for good cause shown it is hereby:

1. **ORDERED** that the estates of Raymond G. Morgan, 3rd and Melissa M. Morgan shall remain segregated for purposes of 11 U.S.C. §302(b); and it is further

2. **ORDERED** that the following claims shall be entitled to distributions from the Raymond G. Morgan, 3rd Estate, to the extent that there are assets available for distribution:

| Claim No. | Creditor | Amount |
|---|---|---|
| 1 | Discover Bank | $11,182.39 |
| 5 | Bridgeton Onized FCU | $18,827.38 |
| 6 | Bridgeton Onized FCU | $1,016.39 |
| 8 | Department Store National Bank | $1,016.39 |

3. **ORDERED** that the following claims shall be entitled to distributions from the Melissa M. Morgan Estate, to the extent that there are assets available for distribution:

| Claim No. | Creditor | Amount |
|---|---|---|
| 2 | ACAR Leasing LTD d/b/a GM Financial Leasing | $8,900.10 |
| 3 | Bridgeton Onized Federal Credit Union | $18,474.12 |
| 4 | Bridgeton Onized Federal Credit Union | $1,116.54 |
| 7 | Capital One, N.A. (Kohls) | $1,116.54 |

Case No.: 15-27649-ABA
Debtor's Name: Raymond G. Morgan, 3rd and Melissa M. Morgan
Caption of Order: Order Confirming Segregation of Severing Cases for Clarity of Administration

Case 15-27649-ABA    Doc 40    Filed 01/22/19    Entered 01/22/19 08:47:54    Desc Main
Document    Page 3 of 3

4. **FURTHER ORDERED** that the Court shall open a new case for Debtor Melissa M. Morgan.