UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Daniel L. Reinganum, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com

**Order Filed on January 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Raymond G. Morgan, 3rd
Melissa M. Morgan

Case No.: 15-27649-ABA

Chapter: 7

Hearing Date: January 8, 2019 at 10:00 am

Judge: Altenburg

# AMENDED ORDER CONFIRMING SEGREGATION OF ESTATES AND SEVERING CASES FOR CLARITY OF ADMINISTRATION

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 22, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.:          15-27649-ABA
Debtor's Name:     Raymond G. Morgan, 3rd and Melissa M. Morgan
Caption of Order:  Order Confirming Segregation of Severing Cases for Clarity of Administration

THIS MATTER having been brought before the Court by John W. Hargrave (the "Trustee"), Chapter 7 Trustee for Raymond G. Morgan, 3rd and Melissa M. Morgan, by and through his counsel, McDowell Law, PC, for the entry of an Order confirming the segregation of the Debtors' estates pursuant to 11 U.S.C. §302(b) and for related relief; and the Court having considered the pleadings submitted and the arguments of counsel; and it appearing that good and sufficient notice having been provided to the Office of the United States Trustee, the Debtor's counsel, all creditors who filed proofs of claim, and other parties-in-interest, and for good cause shown it is hereby:

1. **ORDERED** that the estates of Raymond G. Morgan, 3rd and Melissa M. Morgan shall remain segregated for purposes of 11 U.S.C. §302(b); and it is further

2. **ORDERED** that the following claims shall be entitled to distributions from the Raymond G. Morgan, 3rd Estate, to the extent that there are assets available for distribution:

| Claim No. | Creditor | Amount |
| --- | --- | --- |
| 1 | Discover Bank | $11,182.39 |
| 5 | Bridgeton Onized FCU | $18,827.38 |
| 6 | Bridgeton Onized FCU | $1,016.39 |
| 8 | Department Store National Bank | $1,016.39 |

3. **ORDERED** that the following claims shall be entitled to distributions from the Melissa M. Morgan Estate, to the extent that there are assets available for distribution:

| Claim No. | Creditor | Amount |
| --- | --- | --- |
| 2 | ACAR Leasing LTD d/b/a GM Financial Leasing | $8,900.10 |
| 3 | Bridgeton Onized Federal Credit Union | $18,474.12 |
| 4 | Bridgeton Onized Federal Credit Union | $1,116.54 |
| 7 | Capital One, N.A. (Kohls) | $1,116.54 |

Case No.: 15-27649-ABA
Debtor's Name: Raymond G. Morgan, 3rd and Melissa M. Morgan
Caption of Order: Order Confirming Segregation of Severing Cases for Clarity of Administration

4. **FURTHER ORDERED** that the Court shall open a new case for Debtor Melissa M. Morgan.

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond G. Morgan, 3rd  
      Debtor

Case No. 15-27649-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 22, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2019.  
db         +Raymond G. Morgan, 3rd,    PO Box 1434,    Millville, NJ 08332-8434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2019 at the address(es) listed below:

      Brian C. Nicholas   on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Daniel L Reinganum   on behalf of Trustee John W. Hargrave DanielR@McDowellLegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com  
      Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      John W. Hargrave   on behalf of Trustee John W. Hargrave trustee@hargravelaw.com, jwh@trustesolutions.net  
      John W. Hargrave   trustee@hargravelaw.com,  jwh@trustesolutions.net  
      Kevin M. Buttery   on behalf of Creditor   Ocwen Loan Servicing, LLC bkyefile@rasflaw.com  
      Michael R. DuPont   on behalf of Creditor   Bridgeton Onized Federal Credit Union dupont@redbanklaw.com,  dana@redbanklaw.com  
      Patrick O. Lacsina   on behalf of Creditor   Ocwen Loan Servicing, LLC , PATRICK.LACSINA@GMAIL.COM  
      Scott M. Zauber   on behalf of Debtor Raymond G. Morgan, 3rd jwiesner@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com  
                                                                                                            TOTAL: 9