Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−27649−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond G. Morgan 3rd
   PO Box 1434
   Millville, NJ 08332

Social Security No.:
   xxx−xx−5088

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       2/28/19
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Daniel L Reinganum, Trustee's Attorney

COMMISSION OR FEES
Fee: $1,275.00

EXPENSES
$22.12

Creditors may be heard before the applications are determined.

   An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.


Dated: January 24, 2019
JAN:

                                                            Jeanne Naughton
                                                            Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 15-27649-ABA
Raymond G. Morgan, 3rd                                        Chapter 7
        Debtor             CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 2                  Date Rcvd: Jan 24, 2019
                               Form ID: 137               Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
db             +Raymond G. Morgan, 3rd,    PO Box 1434,    Millville, NJ 08332-8434
aty            +Hargrave & Associates,    117 Clements Bridge Road,    Barrington, NJ 08007-1803
acc            +Bederson LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
cr             +Bridgeton Onized Federal Credit Union,    McKenna, DuPont, Higgins & Stone, PC,     PO Box 610,
                 229 Broad Street,    Red Bank, NJ 07701-2009
cr             +Ocwen Loan Servicing, LLC,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
                 Fairfield, NJ 07004-2927
cr             +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid,    6409 Congress Avenue,    Suite 100,
                 Boca Raton, FL 33487-2853
516188881      +ACAR Leasing Ltd d/b/a GM Financial Leasing,    PO Box 183692,    Arlington, TX 76096-3692
515746667     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of Amerca,     POB 982235,    El Paso, TX  79998-2235)
515746668      +Bank of America,    POB 17054,    Wilmington, DE 19850-7054
515746669     #+Bridgeton Onized FCU,    2550 S. Main Rd,    Vineland, NJ 08360-7138
515746670      +Bridgeton Onized FCU,    Attn: McKenna DuPont Higgins & Stone,    PO Box 610,    229 Broad Street,
                 Red Bank, NJ 07701-2009
515746671      +Cape Bank,    2745 S. Delsea Drive,    Vineland, NJ 08360-7079
516250711       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
515746673      +Chase,    POB 901003,    Fort Worth, TX 76101-2003
515746674      +Chase/Bank One Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
515746675      +Colonial Bank FSB,    85 W. Broad St,    Bridgeton, NJ 08302-2420
515746676      +Colonial Bank FSB,    2745 S. Delsea Drive,    Vineland, NJ 08360-7079
516262758       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
515746680      +Finance Of America Mortgage,    300 Welsh Road Bldg., 5,    Horsham, PA 19044-2250
515746681      +JP Morgan Chase Bank,    Attn: Allied Interstate,    POB 1954,    Southgate, MI 48195-0954
515746682      +Kohls / Capital One,    Attn: Mercantile,    POB 9055,    Williamsville, NY 14231-9055
515746684      +Macys,    POB 8218,    Mason, OH 45040-8218
515746685      +OCWEN Loan Servicing,    3451 Hammond Ave.,    Waterloo, IA 50702-5345
515746687      +Sears/Citibank,    POB 6283,    Sioux Falls, SD 57117-6283
515746691       Wells Fargo Bank NA,    POB 5169,    Sioux Falls, SD  57117-5169

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2019 23:37:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2019 23:37:14      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515746672      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2019 23:41:05      Capital One,
                 POB 5253,    Carol Stream, IL 60197-5253
515746677      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 24 2019 23:37:05      Comenity Bank /FSHBGVSA,
                 POB 182789,    Columbus, OH 43218-2789
515746679       E-mail/Text: mrdiscen@discover.com Jan 24 2019 23:36:30      Discover Financial Services,
                 POB 15316,    Wilmington, DE  19850-5316
515746678       E-mail/Text: mrdiscen@discover.com Jan 24 2019 23:36:30      Discover,    POB 71084,
                 Charlotte, NC  28272-1084
516124184       E-mail/Text: mrdiscen@discover.com Jan 24 2019 23:36:30      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515746683      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 24 2019 23:36:37      Kohls-Capital One,
                 POB 3115,    Milwaukee, WI 53201-3115
515746686      +Fax: 407-737-5634 Jan 24 2019 23:59:15      Ocwen Loan Svcg LLC,
                 1661 Worthington Road, Ste. 100,    West Palm Beach, FL 33409-6493
515746689      +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2019 23:41:01      SYNCB/Care Credit,
                 C/O PO Box 965036,    Orlando, FL 32896-0001
515746688      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 24 2019 23:37:05
                 Spirit Of America National Bank,    1103 Allen Drive,    Milford, OH 45150-8763
515746690      +E-mail/Text: bnc-bluestem@quantum3group.com Jan 24 2019 23:37:45      Webbank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 12

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1           User: admin                Page 2 of 2               Date Rcvd: Jan 24, 2019
                               Form ID: 137               Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Daniel L Reinganum    on behalf of Trustee John W. Hargrave DanielR@McDowellLegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
           om;mfunk@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
           jwh@trustesolutions.net
          John W. Hargrave    trustee@hargravelaw.com,    jwh@trustesolutions.net
          Kevin M. Buttery    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyefile@rasflaw.com
          Michael R. DuPont    on behalf of Creditor    Bridgeton Onized Federal Credit Union
           dupont@redbanklaw.com,    dana@redbanklaw.com
          Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing, LLC ,
           PATRICK.LACSINA@GMAIL.COM
          Scott M. Zauber    on behalf of Debtor Raymond G. Morgan, 3rd jwiesner@subranni.com,
           ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
                                                                                             TOTAL: 9
```