| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Daniel L. Reinganum, Esq. <br> McDowell Law, PC <br> 46 W. Main Street <br> Maple Shade, NJ 08052 <br> 856-482-5544 <br> DanielR@McDowellLegal.com <br> General Counsel for John W. Hargrave, Chapter 7 Trustee | Order Filed on February 28, 2019 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> Raymond G. Morgan, 3rd | Case No.: 15-27649-ABA <br><br> Hearing Date: _____ <br><br> Judge: Altenburg <br><br> Chapter: 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 28, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McDowell Law, PC | $1,275.00 | $22.12 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond G. Morgan, 3rd  
      Debtor

Case No. 15-27649-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 28, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2019.  
db            +Raymond G. Morgan, 3rd,    PO Box 1434,    Millville, NJ 08332-8434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2019 at the address(es) listed below:
       Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Daniel L Reinganum    on behalf of Trustee John W. Hargrave DanielR@McDowellLegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com  
       Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com, jwh@trustesolutions.net  
       John W. Hargrave    trustee@hargravelaw.com,    jwh@trustesolutions.net  
       Kevin M. Buttery    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyefile@rasflaw.com  
       Michael R. DuPont    on behalf of Creditor    Bridgeton Onized Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
       Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing, LLC , PATRICK.LACSINA@GMAIL.COM  
       Scott M. Zauber    on behalf of Debtor Raymond G. Morgan, 3rd jwiesner@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com  
                                                                                                             TOTAL: 9