John W. Hargrave & Associates
117 Clements Bridge Road
Barrington, New Jersey 08007
(856) 547-6500
*Attorneys for John W. Hargrave, Chapter 7 Trustee*

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case No. 15-27649-ABA |
| Raymond G. Morgan, 3rd | : | |

---

**Application of John W. Hargrave for Approval of Attorney's Fees**

TO:   HONORABLE ANDREW B. ALTENBURG, Jr.
        UNITED STATES BANKRUPTCY COURT

The Application of John W. Hargrave respectfully represents:

1. On April 16, 2016 the Court entered an Order approving the retention of my firm to represent the bankruptcy estate in this matter  *See Docket No. 19.*

2. This is the first and final application for counsel fees

3. All professional services for which this fee application is requested were performed by me or members of my firm and not on behalf of anyone else.

**<u>INHERITANCE FROM THE ESTATE OF BRENDA ACKLEY</u>**

4. Post petition debtor reported to the Trustee that he was entitled to an inheritance from the estate of Brenda Ackley, She owned real estate that needed to be sold before any distribution could be made to the debtor.

5. This firm filed applications to employ on behalf of the trustee legal counsel and the accounting firm of Bederson, LLP  to assist the bankruptcy estate.

6. The firm helped the trustee with the review of claims and the determination that motion to sever the joint case so that the inherited money would only be used to pay the claims of  Raymond G. Morgan. At that point in time Trustee elected to hire outside counsel to file and

prosecuted the motion to sever this jointly filed Chapter 7 case.

    7.    See attached exhibit for details of services to the estate.

    8.    **WHEREFORE**, the applicant requests the Court to approve compensation to the law firm of John W. Hargrave for the sum of $937.50.00 for compensation for professional services rendered to the Trustee and the sum of $43.62 in reimbursement of out of pocket expenses.

DATED: 1/16/20        BY:   /s/ *John W. Hargrave*
                                   John W. Hargrave

**JOHN W. HARGRAVE & ASSOCIATES**

117 CLEMENTS BRIDGE ROAD
BARRINGTON, NJ 08007
email: info@hargravelaw.com

---

*Invoice submitted to:*

January 16, 2020

*In Reference To:*

### Bill for Services Rendered

Professional Services

|  |  |  | **Hours** |
|---|---|---|---|
| 4/6/2016 | DM | Preparation of Application employ counsel | 1.00 |
| 10/18/2016 | DM | Preparation of Application employ Bederson LP as accountant for estate. Letter to Chuck Persing forwarding same together with forms 1 and 2 and mailing matrix | 1.00 |
| 10/27/2016 | DM | Received and reviewed order authorizing employment of acct - forward to Chris MacKay at Bederson, together with docs needed for final estate tax preparation | 0.50 |
|  | DM | Email Fran @ Scott Zauber's office requesting copy of 2015 tax return for accts, last return we have is 2014 | 0.20 |
| 11/16/2017 | JWH | Received and reviewed Motion for stay relief filed by Bank of American | 0.50 |
| 11/4/2019 | JWH | Preparation of Fee Application and Proposed Order | 1.00 |

|  |  | **Amount** |
|---|---|---|
| **For professional services rendered** | **4.20** | **$937.50** |

Additional Charges :

|  | **Qty/Price** |  |
|---|---|---|
| Photocopies | 174<br>0.20 | 34.80 |
| Postage | 18<br>0.49 | 8.82 |
| **Total costs** |  | **$43.62** |

---

Page 2

|  | Amount |
|---|---|
| **For professional services rendered**   4.20 | **$981.12** |
| **Total amount of this bill** | **$981.12** |
| Balance due | $981.12 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| DM  Para | 2.70 | 125.00 | $337.50 |
| JWH OFFICE NEW | 1.50 | 400.00 | $600.00 |

*A Law Firm Helping People & Businesses Solve Problems Since 1987*