UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John W. Hargrave   9935
John W. Hargrave & Associates
117 Clements Bridge Road
Barrington, NJ 08007
856-547-6500 / 800-498-5207
jhargrave@hargravelaw.com

In Re:

RAYMOND G. MORGAN, 3RD

Case No.:  _____15-27649_____

Hearing Date:  _____

Judge:  ___Andrew Altenbur,Jr___

Chapter:  _____7_____

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| John W. Hargrave & Associates | $937.50 | $43.62 |

*rev.8/1/15*