| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>John W. Hargrave  9935<br>John W. Hargrave & Associates<br>117 Clements Bridge Road<br>Barrington, NJ 08007<br>856-547-6500 / 800-498-5207<br>jhargrave@hargravelaw.com | Order Filed on January 29, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>RAYMOND G. MORGAN, 3RD | Case No.: 15-27649<br><br>Hearing Date: <br><br>Judge: Andrew Altenbur, Jr<br><br>Chapter: 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 29, 2020

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| John W. Hargrave & Associates | $937.50 | $43.62 |

*rev.8/1/15*