UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| In Re: | : | |
|---|---|---|
| | : | Case No.: _____ |
| | : | |
| Debtor(s). | : | Chapter:       7 |
| | : | |

AMENDED

# CERTIFICATION OF NOTICING FEES
## AND INVOICE FOR COLLECTION OF ADMINISTRATIVE EXPENSES

The United States Bankruptcy Court is required by federal law to charge miscellaneous fees for certain tasks related to the Court's operation (e.g. $.50 for each notice it mails), therefore;

IT IS NOTICED that the Trustee shall conventionally file with the Clerk a copy of this notice along with a check[1] (payable to "Clerk, United States Bankruptcy Court") for the following charges incurred to date:

NOTICES:

_____ Notices at $.50 each (for notices sent prior to 1/1/98)

Total Notice Charges Due:    $ _____

PROOFS OF CLAIM:

_____ Claim(s) at $.25 each (for each claim in excess of 10 filed prior to 1/1/98)

Total Claims Charges Due:    $ _____

DEFERRED FEES

_____

_____

_____

Total Deferred Fees Due:    $ _____

TOTAL ADMINISTRATIVE CHARGES DUE    $ _____

Date: _____        JEANNE A. NAUGHTON, Clerk

BY: _____

*rev. 1/09/17.jml*

---

[1] The payment of fees must be in the form of a corporate check, attorney trust account check, certified check or money order.