Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 15−27649−ABA  
Chapter: 7  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Raymond G. Morgan 3rd  
   PO Box 1434  
   Millville, NJ 08332

Social Security No.:  
   xxx−xx−5088

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Andrew B. Altenburg Jr. on:

DATE:    March 12, 2020  
TIME:    02:00 PM  
LOCATION:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:    $37,661.65  
TOTAL DISBURSEMENTS:    $5,849.76  
BALANCE ON HAND:    $31,811.89

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)  
Trustee, John W. Hargrave

COMMISSION OR FEES  
Fee: $5,017.96

EXPENSES  
$60.00

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: February 5, 2020
JAN: lgr

                                              Jeanne Naughton
                                              Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                      Case No. 15-27649-ABA
Raymond G. Morgan, 3rd                                      Chapter 7
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Feb 05, 2020
                              Form ID: 192             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db             +Raymond G. Morgan, 3rd,    PO Box 1434,    Millville, NJ 08332-8434
aty            +Hargrave & Associates,    117 Clements Bridge Road,    Barrington, NJ 08007-1803
acc            +Bederson LLP,   347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
cr             +Bridgeton Onized Federal Credit Union,    McKenna, DuPont, Higgins & Stone, PC,   PO Box 610,
                 229 Broad Street,    Red Bank, NJ 07701-2009
cr             +Ocwen Loan Servicing, LLC,    RAS Citron, LLC,   130 Clinton Road,   Suite 202,
                 Fairfield, NJ 07004-2927
cr             +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid,   6409 Congress Avenue,   Suite 100,
                 Boca Raton, FL 33487-2853
516188881      +ACAR Leasing Ltd d/b/a GM Financial Leasing,    PO Box 183692,   Arlington, TX 76096-3692
515746667     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of Amerca,    POB 982235,   El Paso, TX  79998-2235)
515746668    +++Bank of America,    POB 15168,   Wilmington, DE  19850
515746670      +Bridgeton Onized FCU,    Attn: McKenna DuPont Higgins & Stone,   PO Box 610,   229 Broad Street,
                 Red Bank, NJ 07701-2009
515746671      +Cape Bank,   2745 S. Delsea Drive,    Vineland, NJ 08360-7079
516250711       Capital One NA,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
515746673      +Chase,   POB 901003,    Fort Worth, TX 76101-2003
515746674      +Chase/Bank One Card Services,    P.O. Box 15298,   Wilmington, DE 19850-5298
515746675      +Colonial Bank FSB,    85 W. Broad St,   Bridgeton, NJ 08302-2420
515746676      +Colonial Bank FSB,    2745 S. Delsea Drive,   Vineland, NJ 08360-7079
515746680      +Finance Of America Mortgage,    300 Welsh Road Bldg., 5,   Horsham, PA 19044-2250
515746681      +JP Morgan Chase Bank,    Attn: Allied Interstate,   POB 1954,   Southgate, MI 48195-0954
515746682      +Kohls / Capital One,    Attn: Mercantile,   POB 9055,   Williamsville, NY 14231-9055
515746684      +Macys,   POB 8218,    Mason, OH 45040-8218
515746685      +OCWEN Loan Servicing,    3451 Hammond Ave.,   Waterloo, IA 50702-5345
515746687      +Sears/Citibank,   POB 6283,    Sioux Falls, SD 57117-6283
515746691       Wells Fargo Bank NA,    POB 5169,   Sioux Falls, SD  57117-5169

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2020 00:21:56     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2020 00:21:53     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515746672      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 06 2020 00:29:06     Capital One,
                 POB 5253,   Carol Stream, IL 60197-5253
515746677      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2020 00:21:31     Comenity Bank /FSHBGVSA,
                 POB 182789,   Columbus, OH 43218-2789
515746679       E-mail/Text: mrdiscen@discover.com Feb 06 2020 00:20:59     Discover Financial Services,
                 POB 15316,   Wilmington, DE  19850-5316
516262758       E-mail/Text: bnc-quantum@quantum3group.com Feb 06 2020 00:21:46
                 Department Store National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
515746678       E-mail/Text: mrdiscen@discover.com Feb 06 2020 00:20:59     Discover,   POB 71084,
                 Charlotte, NC  28272-1084
516124184       E-mail/Text: mrdiscen@discover.com Feb 06 2020 00:20:59     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
515746683      +E-mail/Text: bncnotices@becket-lee.com Feb 06 2020 00:21:02     Kohls-Capital One,   POB 3115,
                 Milwaukee, WI 53201-3115
515746686      +Fax: 407-737-5634 Feb 06 2020 00:51:15     Ocwen Loan Svcg LLC,
                 1661 Worthington Road, Ste. 100,    West Palm Beach, FL 33409-6493
515746689      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 00:28:53     SYNCB/Care Credit,
                 C/O PO Box 965036,    Orlando, FL 32896-0001
515746688      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2020 00:21:31
                 Spirit Of America National Bank,    1103 Allen Drive,   Milford, OH 45150-8763
515746690      +E-mail/Text: bnc-bluestem@quantum3group.com Feb 06 2020 00:22:35     Webbank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515746669     ##+Bridgeton Onized FCU,    2550 S. Main Rd,   Vineland, NJ 08360-7138
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 05, 2020
                              Form ID: 192             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
```
              Brian C. Nicholas     on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Daniel L Reinganum    on behalf of Trustee John W. Hargrave DanielR@McDowellLegal.com,
               tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanie D. Wiesner     on behalf of Debtor Raymond G. Morgan, 3rd jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
              John   Hargrave     on behalf of Trustee John W. Hargrave jhargrave@hargravelaw.com
              John W. Hargrave     on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave      trustee@hargravelaw.com,   jwh@trustesolutions.net
              Kevin M. Buttery     on behalf of Creditor    Ocwen Loan Servicing, LLC bkyefile@rasflaw.com
              Michael R. DuPont     on behalf of Creditor    Bridgeton Onized Federal Credit Union
               dupont@redbanklaw.com,   dana@redbanklaw.com
              Patrick O. Lacsina     on behalf of Creditor    Ocwen Loan Servicing, LLC ,
               PATRICK.LACSINA@GMAIL.COM
                                                                                             TOTAL: 10
```