| UNITED STATES BANKRUPTCY COURT |  |
|---|---|
| DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |  |

Order Filed on March 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  Raymond G Morgan, 3rd

| Case No.: | 15-27649 |
|---|---|
| Hearing Date: | 3-12-20 |
| Judge: | Altenburg |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 12, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| John Hargrave, Trustee | $5,017.96 | $60.00 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond G. Morgan, 3rd  
    Debtor

Case No. 15-27649-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Mar 12, 2020  
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2020.  
db           +Raymond G. Morgan, 3rd,    PO Box 1434,    Millville, NJ 08332-8434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2020 at the address(es) listed below:  
         Brian C. Nicholas     on behalf of Creditor     BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Daniel L Reinganum     on behalf of Trustee John W. Hargrave DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com  
         Denise E. Carlon     on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jeanie D. Wiesner     on behalf of Debtor Raymond G. Morgan, 3rd jwiesner@subranni.com, dhoff@subranni.com;cwild@subranni.com;tom@subranni.com  
         John Hargrave     on behalf of Trustee John W. Hargrave jhargrave@hargravelaw.com  
         John W. Hargrave     on behalf of Trustee John W. Hargrave trustee@hargravelaw.com, jwh@trustesolutions.net  
         John W. Hargrave     trustee@hargravelaw.com,    jwh@trustesolutions.net  
         Kevin M. Buttery     on behalf of Creditor     Ocwen Loan Servicing, LLC bkyefile@rasflaw.com  
         Michael R. DuPont     on behalf of Creditor     Bridgeton Onized Federal Credit Union dupont@redbanklaw.com,    dana@redbanklaw.com  
         Patrick O. Lacsina     on behalf of Creditor     Ocwen Loan Servicing, LLC , PATRICK.LACSINA@GMAIL.COM  
                                                                                                                     TOTAL: 10